## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIAN HALL, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-13844 |
| Plaintiff, | Hon. George Caram Steeh |
| v. | |
| FORBES MEDIA LLC, an Delaware corporation, | |
| Defendant. | |

### STIPULATION AND ORDER EXTENDING DEADLINES

This Joint Stipulation is entered into by and amongst Plaintiff Brian Hall ("Plaintiff"), and Defendant Forbes Media LLC ("Defendant"), by and through their respective counsel.

WHEREAS, on May 23, 2016, Defendant filed a Motion to Stay (the "Motion"). (Dkt. 10.)

WHEREAS, on May 26, 2016, the Court set a briefing schedule and hearing for the Motion, such that Plaintiff's response brief come due on June 9, 2016, Defendant's reply brief come due on June 28, 2016, and hearing be held on July 20, 2016.

WHEREAS, lead counsel for Plaintiff, Ari J. Scharg, is expecting the birth of his son on or around May 28, 2016 and, as such, anticipates being out of the office for approximately two weeks (i.e., through June 10, 2016). As such, Plaintiff

1

now respectfully requests—and Defendant has agreed—that the relevant briefing and hearing dates on the Motion be extended by fourteen (14) days, or to whatever hearing date is most convenient for the Court.

WHEREAS, the instant motion is filed in good faith and not for undue delay or any improper purpose.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1)    Plaintiff's deadline to file a Response to Defendant's Motion to Stay is extended to June 23, 2016.

2)    Defendant's deadline to file a Reply in Support of its Motion to Stay is extended to July 12, 2016.

3)    The July 20, 2016 date for a Hearing on the Motion is stricken. The Hearing on the Motion shall be rescheduled to August 4, 2016 at 1:30 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 31, 2016                 **Brian Hall,** individually and on behalf of all others similarly situated,

By: /s/ Ari J. Scharg_____
One of Plaintiff's Attorneys

2

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff Hall and the putative class*

Dated: May 31, 2016                 **Forbes Media LLC**

By: /s/ Sharon Schneier
One of Defendant's Attorneys

Arthur Thomas O'Reilly
Honigman, Miller,
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7000
Email: aoreilly@honigman.com

Sharon Schneier
Davis, Wright, Tremaine, LLP
1633 Broadway
27th Floor
New York, NY 10019
212-603-6448

3

Fax: 212-489-8340
Email: sharonschneier@dwt.com

*Counsel for Defendant Forbes Media LLC*

IT IS SO ORDERED.

Entered: May 31, 2016          s/George Caram Steeh
                              HON. GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE