UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN HALL, individually and
on behalf of all others similarly situated,

        Plaintiff,

                                    Case No. 15-CV-13844

vs.

                                    HON. GEORGE CARAM STEEH

FORBES MEDIA LLC,

        Defendant.

_____/

ORDER DISMISSING PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION WITHOUT PREJUDICE [DOC. 2]

        Plaintiff Brian Hall filed this putative class action alleging that defendant Forbes

Media LLC ("Forbes") violated Michigan's Preservation of Personal Privacy Act,

popularly referred to as the Video Rental Privacy Act ("VRPA"), by unlawfully disclosing

subscribers' information to data miners and other third party companies.  Plaintiff also

alleges a state law claim of unjust enrichment.  Plaintiff filed a motion for class

certification on October 30, 2015, which has been stayed pending discovery.  On this

date, the court entered a stay of the case pending a ruling by the Sixth Circuit on a

motion to dismiss for lack of Article III standing in the case of *Coulter-Owens v. Time,*

*Inc.*, No. 16-1321.  For administrative and statistical reasons, the court now dismisses

plaintiff's motion for class certification without prejudice.  The motion may be reopened

after the stay has been lifted by the court.

        It is so ordered.

Dated:  September 13, 2016

                                  s/George Caram Steeh_____
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 13, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk