# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIAN HALL, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-13844 |
| Plaintiff, | Hon. George Caram Steeh |
| v. | |
| FORBES MEDIA LLC, a Delaware corporation, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Brian Hall and Defendant Forbes Media LLC, by and through their respective counsel, hereby stipulate that Plaintiff's individual claims against Defendant are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Rule 41(a)(1)(A)(ii) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." As such, because no class has been certified in this matter, *see* Fed. R. Civ. P. 41(a)(1)(A), this matter may be dismissed without an order of the Court.

**IT IS SO STIPULATED.**

Dated: March 5, 2018                    **BRIAN HALL**

By: /s/ Ari J. Scharg
     One of Plaintiff's Attorneys

Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff*

Dated: March 5, 2018                    **FORBES MEDIA LLC**

By: /s/ with consent of Sharon Schneier
     One of Defendant's Attorneys

Sharon Schneier
DAVIS WRIGHT TREMAINE, LLP
1633 Broadway
27th Floor
New York, NY 10019
Telephone: (212) 603-6448
Facsimile: (212) 489-8340
sharonschneier@dwt.com

J. Michael Huget
HONIGMAN MILLER SCHWARTZ AND COHN
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
734-418-4254
Fax: 734-418-4255
Email: mhuget@honigman.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Ari Scharg, an attorney, hereby certify that on March 5, 2018, I served the above and foregoing ***Stipulation Of Dismissal***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                 /s/ Ari J. Scharg